Court of Appeals for the Seventh Circuit denied. *Messrs. W. F. Weeks, Chas. F. Potter,* and *Frank Bezoni* for petitioners. *Messrs. Fred H. Kelly* and *Thurlow G. Essington* for respondents.

No. 377. RONNING MACHINERY CO. ET AL. *v.* CATERPILLAR TRACTOR CO. October 19, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Harker H. Hittson* for petitioners. *Mr. Chas. M. Fryer* for respondent.

No. 378. PORTER ET AL *v.* COOKE ET AL., EXECUTORS, ET AL. October 19, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Messrs. Luke E. Hart* and *William J. Dempsey* for petitioners.

No. 379. TITLE INSURANCE & TRUST CO. *v.* MABRY, EXECUTOR, ET AL. October 19, 1942. Petition for writ of certiorari to the District Court of Appeal, Second Appellate District, of California, denied. *Messrs. Louis W. Myers* and *Pierce Works* for petitioner. *Messrs. Gurney E. Newlin* and *Allen W. Ashburn* for Harry C. Mabry, Executor; and *Mr. William C. Mathes, pro se,*—respondents.

No. 380. KAUSAL *v.* 79TH AND ESCANABA CORPORATION. October 19, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Messrs. Charles Bushnell Fullerton* and *Harold V. Snyder* for petitioner. *Mr. John A. Bussian* for respondent.